1          JUDGE RICARDO S. MARTINEZ

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
8                              AT SEATTLE

9    UNITED STATES OF AMERICA,          )   NO.  CR06-156RSM
                                        )
10              Plaintiff,              )
                                        )
11         vs.                          )   ORDER GRANTING STIPULATED
                                        )   MOTION TO CONTINUE TRIAL
12   JAMES ROBERT JACKSON,              )
                                        )
13              Defendants.             )
     _____  )

14

15         THE COURT having considered the stipulated motion of the parties, the

16   records and files herein, the Court hereby makes the following findings:

17         1.   Based on the facts set forth in the parties stipulated motion, the Court finds

18   that a failure to grant the continuance would deny counsel the reasonable time

19   necessary for effective preparation, taking into account the exercise of due diligence,

20   within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

21         2.   The Court further finds that the ends of justice will be served by ordering a

22   continuance in this case, that a continuance is necessary to insure effective trial

23   preparation and that these factors outweigh the best interests of the public in a more

24   speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

25

26

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 1
(Proposed)
(James Robert Jackson; CR06-156RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1    IT IS THEREFORE ORDERED that the trial date for James Jackson is

2  extended from July 10, 2006,  to September 5, 2006.  Pretrial motions shall be filed on

3  or before August 3, 2006.

4

5    DONE this 23rd day of June 2006.

6

7

8

RICARDO S. MARTINEZ

9    UNITED STATES DISTRICT JUDGE

10

11

12  Presented by:

13

s/Nancy Tenney

14  WSBA No. 35304
   Attorney for James Jackson

15  Federal Public Defender's Office
   1601 Fifth Ave., Suite 700

16  Seattle, WA   98101
   206/553-1100

17  206/553-0120
   nancy_tenney@fd.org

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 2
(Proposed)
(James Robert Jackson; CR06-156RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**