JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR06-156RSM |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED |
| JAMES ROBERT JACKSON, | ) | MOTION TO CONTINUE TRIAL |
| Defendants. | ) | |

THE COURT having considered the stipulated motion of the parties, the records and files herein, the Court hereby makes the following findings:

1.    Based on the facts set forth in the parties stipulated motion, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2.    The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1      IT IS THEREFORE ORDERED that the trial date for James Jackson is

2   extended from September 5, 2006,  to October 10, 2006.  Pretrial motions shall be

3   filed by September 14, 2006.

4

5      DONE this _15__ day of August 2006.

6

7

8   _____

9   RICARDO S. MARTINEZ
    UNITED STATES DISTRICT JUDGE

10

11

12  Presented by:

13

    s/Nancy Tenney
14  WSBA No. 35304
    Attorney for James Jackson
15  Federal Public Defender's Office
    1601 Fifth Ave., Suite 700
16  Seattle, WA   98101
    206/553-1100
17  206/553-0120
    nancy_tenney@fd.org
18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, Washington  98101
(206) 553-1100