JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-156RSM |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED |
| JAMES ROBERT JACKSON, | ) | MOTION TO CONTINUE TRIAL |
| Defendants. | ) | |

THE COURT having considered the stipulated motion of the parties, the records and files herein, the Court hereby makes the following findings:

1. Based on the facts set forth in the parties stipulated motion, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

//

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 1
(Proposed)
(James Robert Jackson; CR06-156RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that the trial date for James Jackson is extended from October 10, 2006, to November 13, 2006. Pretrial motions shall be filed by October 19, 2006.

DONE this 15th day of September 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/Nancy Tenney
WSBA No. 35304
Attorney for James Jackson
Federal Public Defender's Office
1601 Fifth Ave., Suite 700
Seattle, WA  98101
206/553-1100
206/553-0120
nancy_tenney@fd.org

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 2
(Proposed)
(James Robert Jackson; CR06-156RSM)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, Washington  98101
(206) 553-1100