1    JUDGE RICARDO S. MARTINEZ

2

3

4

5

6

7                   UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON
8                           AT SEATTLE

9    UNITED STATES OF AMERICA,          )   NO.  CR06-156RSM
                                        )
10                  Plaintiff,          )
                                        )
11             vs.                      )   ORDER GRANTING STIPULATED
                                        )   MOTION TO CONTINUE TRIAL
12   JAMES ROBERT JACKSON,              )
                                        )
13                  Defendants.         )
                                        )
     _____)
14

15          THE COURT having considered the stipulated motion of the parties, the

16   records and files herein, the Court hereby makes the following findings:

17          1.   Based on the facts set forth in the parties stipulated motion, the Court finds

18   that a failure to grant the continuance would deny counsel the reasonable time

19   necessary for effective preparation, taking into account the exercise of due diligence,

20   within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

21          2.   The Court further finds that the ends of justice will be served by ordering a

22   continuance in this case, that a continuance is necessary to insure effective trial

23   preparation and that these factors outweigh the best interests of the public in a more

24   speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

25   //

26

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 1
(Proposed)
(James Robert Jackson; CR06-156RSM)

1    IT IS THEREFORE ORDERED that the trial date for James Jackson is

2 extended from November 13, 2006,  to December 11, 2006.  Pretrial motions shall be

3 filed by November 15, 2006.

4

5    DONE this 19th day of October 2006.

6

7

8    _____

9    RICARDO S. MARTINEZ
     UNITED STATES DISTRICT JUDGE

10

11

12   Presented by:

13

     s/Nancy Tenney
14   WSBA No. 35304
     Attorney for James Jackson
15   Federal Public Defender's Office
     1601 Fifth Ave., Suite 700
16   Seattle, WA   98101
     206/553-1100
17   206/553-0120
     nancy_tenney@fd.org
18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 2
(Proposed)
(James Robert Jackson; CR06-156RSM)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, Washington  98101
(206) 553-1100