JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-156RSM |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED |
| JAMES ROBERT JACKSON, | ) | MOTION TO CONTINUE TRIAL |
| Defendants. | ) | |

THE COURT having considered the stipulated motion of the parties, the records and files herein, the Court hereby makes the following findings:

1. Based on the facts set forth in the parties stipulated motion, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and an opportunity for the defendant to benefit from his efforts and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 1
(James Robert Jackson; CR06-156RSM)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, Washington  98101
(206) 553-1100

1    IT IS THEREFORE ORDERED that the trial date for James Jackson is
2  extended from December 11, 2006, to January 29, 2007.  Pretrial motions shall be
3  filed by January 15, 2007. The period of time between December 11, 2006 and
4  January 29, 2007 shall be an excludable period of time pursuant to 18 U.S.C. § 3161
5  (h)(8)(A).

7    DONE this 8th day of December 2006.

            RICARDO S. MARTINEZ
            UNITED STATES DISTRICT JUDGE

16  Presented by:

19  s/Nancy Tenney
    WSBA No. 35304
20  Attorney for James Jackson
    Federal Public Defender's Office
21  1601 Fifth Ave., Suite 700
    Seattle, WA   98101
22  206/553-1100
    206/553-0120
23  nancy_tenney@fd.org

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 2
(James Robert Jackson; CR06-156RSM)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, Washington  98101
(206) 553-1100